UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-11119-RGS

JOACHIM MARTILLO

v.

TWITTER INC., *et al.*

## FINAL ORDER OF DISMISSAL

In accordance with the Order dated October 15, 2021, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date: 10/15/2021                 /s/ Richard G. Stearns
                                 _____
                                 UNITED STATES DISTRICT JUDGE