## Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the 1st Circuit
District of Massachusetts
File Number: 20-11119-RGS

| | |
|---|---|
| Joachim Martillo | |
| Plaintiff | |
| vs. | Notice of Appeal |
| Twitter Inc, | |
| Facebook Inc, | |
| Linkedin Corp, | |
| A Medium Corp, | |
| The Stanford Daily Publishing Corp, and | |
| Harvard Crimson Inc | |
| Defendants | |

Notice is hereby given that Joachim Martillo, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 1st Circuit from the Final Order of Dismissal entered in this action on the 15th day October of 2021.

Dated: 11/7/2021

Respectfully submitted *pro se* by

Joachim Martillo
75 Bailey St. Ste 1L
Dorchester, MA 02124
Joachim.CS.Martillo@gmail.com
617-276-5788